■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. SANDY BROWN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. OSCAR CASE. (C) THE PEOPLE OF THE STATE OF NEW YORK v. FRED BLUME. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ISRAEL ESPINOSA. (E) THE PEOPLE OF THE STATE OF NEW YORK v. ELSIE ZAPATA. (F) THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH. (G) THE PEOPLE OF THE STATE OF NEW YORK v. LEOPOLD ALTMAN.— [In each action] Enlargement of time granted. Concur— Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of HAROLD ANDERSON et al. v. THEODORE H. LANG et al. — Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before January 19, 1962, with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before January 30, 1962. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

## (January 12, 1962)

■ HARRY WEINBERG v. LOUIS GREISS.— Motion for a stay denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

## (January 16, 1962)

■ MAURICE NEVILLE, as Guardian ad Litem of EDWARD NEVILLE, an Infant, Respondent, et al., Plaintiff, v. MISSION OF THE IMMACULATE VIRGIN, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur— Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of ROSE J. GILMAN, Appellant, v. THEODORE H. LANG et al., Constituting the Department of Personnel, Civil Service Commission of the City of New York, Respondents.— Order, entered on or about February 24, 1961, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur— Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of JAMES E. SMITH, Appellant, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.— Order entered on January 13, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur— Breitel, J. P., Valente, Stevens and Eager, JJ.

■ 219 EAST 69TH CORP., Respondent, v. THOMAS CRIMMINS CONTRACTING COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur— Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GWYNN, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of SYLARN REALTY CORP., Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order, entered on April 18, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur— Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.